**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE            DATE: 07/10/2024
                                                          TIME: 12:00 PM
                                                          ☐ SEALED PROCEEDING

## CIVIL CAUSE FOR FAIRNESS HEARING
### CASE: 2:23-cv-02506-JMW-Sanchez v. TMG Mail Solutions, Inc. et al.

APPEARANCES:

    For Plaintiff:    Jonathan Trinidad Lira

    For Defendants:    David Edward Strand

Court Reporter/FTR:    11:59-12:05 (FTR)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Fairness Hearing held on July 10, 2024 at 12:00 PM regarding Joint Motion for Settlement Agreement Approval (ECF No. [38]).

☒ Counsel outlined the terms of the settlement. For the reasons stated on the record, the Court finds the settlement agreement at ECF No. [38], is fair and in compliance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012). The Court will So Order the Stipulation of Dismissal found at ECF No. [38-1].

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

                                                          SO ORDERED
                                                          /s/ *James M. Wicks*
                                                          JAMES M. WICKS
                                                          United States Magistrate Judge