Case 2:23-cv-02506-JMW   Document 42   Filed 07/10/24   Page 1 of 2 PageID #: 265

Case 2:23-cv-02506-JMW   Document 38-1   Filed 04/30/24   Page 12 of 13 PageID #: 245

FILED
CLERK
July 10, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MARVIN SANCHEZ,

          *Plaintiff,*

-against-

TMG MAIL SOLUTIONS, INC. d/b/a THE MILLENNIUM GROUP, and JOANNA RAMIREZ,

          *Defendants.*

Docket No.: 2:23-CV-02506

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

    **WHEREAS,** Plaintiff, Marvin Sanchez ("Plaintiff"), filed a Complaint asserting claims for, *inter alia*, the failure to pay overtime compensation, under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and the New York Labor Law §§ 190 *et seq.* and 650 *et seq.* ("NYLL"); failure to pay minimum wages and spread of hour wages, failure to timely pay wages, and failure to provide payroll notices and wage statements pursuant to the NYLL; and

    **WHEREAS,** Plaintiff and Defendants, TMG Mail Solutions, Inc. d/b/a The Millennium Group ("TMG") and Dilian Ramirez s/h/a Joanna Ramirez, (collectively with Plaintiffs, the "Parties"), reached a settlement of this action and Plaintiff's claims through arms-length negotiations, and have entered into a Settlement Agreement and Release (the "Agreement"), formally memorializing the Parties' settlement, which has been filed on the docket; and

    **WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over provisions of the FLSA, the NYLL, and/or time worked; and

    **WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, and ordered by this Court, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    **IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

FP 49546826.1
FP 50341576.1

| KATZ MELINGER PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: | By: |
| Jonathan Trinidad-Lira, Esq.<br>370 Lexington Avenue, Suite 1512<br>New York, New York 10017<br>(212) 460-0047<br>jtrinidadlira@katzmelinger.com<br>*Attorneys for Plaintiff* | David Strand, Esq.<br>430 Mountain Ave.<br>Murray Hill, New Jersey 07974<br>(908) 516-1066<br>dstrand@fisherphillips.com<br>*Attorneys for Defendants* |

SO ORDERED:

/s/: James M. Wicks                              7/10/2024

HON. JAMES M. WICKS, U.S.M.J.

- 10 -

FP 49546826.1
FP 50341576.1